**Julie GLENN, Respondent/Employee,**

v.

**ST. JOHN'S MERCY MEDICAL CENTER, Appellant/Employer.**

No. 74563.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 13, 1999.

Robert M. Evans, Evans & Dixon, L.L.C., St. Louis, for appellant.

Thomas J. Gregory, Mogab & Hughes, P.C., for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J. and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

St. John's Mercy Medical Center appeals the final award allowing Employee compensation. We have reviewed the briefs of the parties and the record on appeal and find that the award is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).